UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOBY RHODES,

    Plaintiff,

v.

KENSON SIVER, *et al.*,

    Defendants.

_____/

Case No. 19-12550

Honorable Nancy G. Edmunds

## JUDGMENT

Being fully advised in the premises, having read the pleadings, and for the reasons set forth in the Court's order accepting and adopting in part the Magistrate Judge's Report and Recommendation (ECF No. 21),

IT IS HEREBY ORDERED AND ADJUDGED that Curtis Elliott Mosley is dismissed from this action; Defendant Colvard's motion to dismiss is granted (ECF No. 14); the claims against Defendants are dismissed with prejudice; and Plaintiff's complaint is dismissed with prejudice.

    **So ordered.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 10, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager